IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARCUS CLAY, on behalf of himself
and others similarly situated,

                                                      ORDER

                Plaintiffs,

                                                09-cv-313-bbc

    v.

JT PACKARD & ASSOCIATES, INC., and
S.R. BRAY CORPORATION,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Counsel for defendants JT Packard and Associates, Inc., and S.R. Bray Corporation, have advised the court that J.T. Packard & Associates, Inc., has filed for receivership in state court. Defendants ask the court to either stay all proceedings in this case until the state court proceedings are complete or to dismiss the case without prejudice, allowing the parties' claims to be resolved in state court. I am prepared to dismiss the proceedings without prejudice unless plaintiffs object to my doing so and have a persuasive reason why the case should not

be dismissed.  Plaintiffs may have until January 4, 2010 to object.

Entered this 17th day of December, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2