IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN TEED,

                                                    ORDER

          Plaintiff,

                                                 08-cv-303-bbc

    v.

J.T. PACKARD & ASSOCIATES, INC.
and S.R. BRAY CORP.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARCUS CLAY,

                                                    ORDER

          Plaintiff,

                                                 09-cv-313-bbc

    v.

J.T. PACKARD & ASSOCIATES, INC.
and S.R. BRAY CORP.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      It has come to my attention that the briefing schedule for plaintiffs' motion to substitute a party under Fed. R. Civ. P. 25 does not include an opportunity for filing a reply

1

brief. Because the brief in opposition raises a number of arguments that plaintiffs did not anticipate in their brief-in-chief, I will give plaintiffs a short time to respond to those arguments.

ORDER

IT IS ORDERED that plaintiffs Brian Teed and Marcus Clay may have until September 22, 2010 to file a reply brief in support of their motion to substitute a party.

Entered this 15th day of September, 2010.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge